IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARBACZ,<br><br>            Plaintiff,<br><br>    v.<br><br>A.T. KEARNY, INC.,<br><br>            Defendant.<br>_____/ | No. C 05-05404 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on March 17, 2006 on Defendant A.T. Kearney, Inc.'s motion to compel arbitration. The Court HEREBY ORDERS that any opposition to the motion shall be filed by no later than on Thursday, February 16, 2006 and Defendant's reply brief shall be filed by no later than Thursday, February 23, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 1, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE