RECEIVED
06 FEB 10 PM 2: 33
WIEKING
CLERK
NORTHERN DISTRICT OF CA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rand Garbacz<br><br>Plaintiff(s),<br><br>v.<br>A.T. Kearney, Inc., a Delaware Corporation, and Does One Through Twenty<br><br>Defendant(s). | CASE NO. C 05-05404 JSW<br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Katherine T. Hartmann, an active member in good standing of the bar of Illinois, whose business address and telephone number is 11 South La Salle, Suite 1600, Chicago, IL 60603 (312) 546-0360, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Rand Garbacz, Plaintiff.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: FEB 15 2006

_____
United States District Judge