1  Franklin J. Lunding, Jr., Esq.   (SBN 35084)
   (petition for admission to be submitted)
2  Hansen Reed, Esq.              (SBN 189344)
3  215 West Franklin, 5th Floor
   Monterey, CA 93940
4  (831) 649-1100

5  Peter B. Carey, Esq.   (SBN 53033)
6  (pro hac vice pending)
   Katherine T. Hartmann, Esq.
7  (pro hac vice pending)
   Law Offices of Peter B. Carey
8  11 South LaSalle, Suite 1600
9  Chicago, IL 60603
   (312) 541-0360
10 Attorneys for Plaintiff.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAND GARBACZ, ) | Case No.  C-05-05404 JSW |
| ) | |
| Plaintiff, ) | **[Proposed] ORDER FOR STIPULATION OF EXTENSION OF TIME IN WHICH PLAINTIFF RAND GARBACZ MAY OPPOSE MOTION TO COMPEL ARBITRATION** |
| v. ) | |
| ) | |
| A.T. KEARNEY, INC., a Delaware ) | |
| Corporation, and DOES ONE THROUGH ) | |
| TWENTY, ) | Date:  March 31, 2006 |
| ) | Time:  9:00 am |
| ) | Courtroom: "2", 17th Floor |
| Defendants. ) | The Honorable Jeffrey S. White |

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff shall have until March 3, 2006, to file his brief in opposition to defendant ATK's Motion to Compel Arbitration and Defendant's reply brief shall be filed no later than March 17, 2006.  This matter is set for hearing on March 31, 2006 at 9:00 a.m.

Dated: _____, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Order for Stipulation of time in which Plaintiff Rand Garbacz May Oppose Motion to Compel Arbitration
CASE NO.: C05-05404 JSW

1