1  Franklin J. Lunding, Jr., Esq.    (SBN 35084)
   Hansen Reed, Esq.                 (SBN 189344)
2  215 West Franklin, 5th Floor
3  Monterey, CA 93940
   (831) 649-1100
4
5  Peter B. Carey, Esq.   (SBN 53033)
   (pro hac vice)
6  Katherine T. Hartmann, Esq.
   (pro hac vice)
7  Law Offices of Peter B. Carey
   11 South LaSalle, Suite 1600
8  Chicago, IL 60603
9  (312) 541-0360
   Attorneys for Plaintiff
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RAND GARBACZ, | ) | Case No. C-05-05404 JSW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **[Proposed] Order Allowing** |
| v. | ) | **the Declaration of Rand Garbacz** |
| | ) | **in Support of Opposition to Motion** |
| A.T. KEARNEY, INC., a Delaware | ) | **to Compel Arbitration to be Filed Late** |
| Corporation, and DOES ONE THROUGH | ) | |
| TWENTY, | ) | |
| | ) | Date: March 31, 2006 |
| | ) | Time: 9:00 am |
| | ) | Courtroom: "2", 17th Floor |
| Defendants. | ) | The Honorable Jeffrey S. White |
| | ) | |

Upon consideration of the declaration submitted by Hansen P. Reed, Attorney at Law, this Court hereby grants the late filing of the Declaration of Rand Garbacz in Support of Opposition to Motion to Compel Arbitration.

Dated: ____March 29____, 2006        _____/s/ Jeffrey S. White_____
                                     JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE

---

1
Order Allowing Late Filing of Rand Garbacz' Declaration – Support of Opposition
CASE NO.: C05-05404 JSW