| | |
|---|---|
| Franklin J. Lunding, Jr., Esq.<br>Attorney No. 35084<br>Hansen Reed, Esq.<br>Attorney No. 189344<br>215 West Franklin, 5th Floor<br>Monterey, CA 93940<br>(831) 649-1100 | Helen B. Kim, Bar No. 13820<br>BAKER & HOSTETLER LLP<br>333 South Grand Ave., Suite 1800<br>Los Angeles, CA 90071<br>(213) 975-1600 |
| Peter B. Carey, Esq. (ILSBN 53033)<br>(pro hac vice)<br>Katherine T. Hartmann, Esq.(ILSBN 6269914)<br>(pro hac vice)<br>Law Offices of Peter B. Carey<br>11 South LaSalle, Suite 1600<br>Chicago, IL 60603<br>(312) 541-0360 | Stephen Sutton, Ohio Bar No. 0055646<br>(pro hac vice)<br>BAKER & HOSTETLER LLP<br>3200 National City Center<br>1900 East 9th Street<br>Cleveland, OH 44114<br>(216) 696-0200 |
| Attorneys for Plaintiff. | Attorneys for Defendant. |

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAND GARBACZ, | ) | Case No. C-05-05404 JSW |
| Plaintiff, | ) ) | **[Proposed] ORDER FOR STIPULATION OF EXTENSION OF TIME IN WHICH PARTIES MAY CONDUCT SETTLEMENT CONFERENCE** |
| v. | ) ) | |
| A.T. KEARNEY, INC., a Delaware Corporation, and DOES ONE THROUGH TWENTY, | ) ) ) ) | |
| Defendants. | ) | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties shall have up to and including October 20, 2006 in which to conduct a settlement conference before Magistrate Judge James Larson. The Court HEREBY CONTINUES the hearing on whether an agreement to arbitrate exists from September 8, 2006 to October 27, 2006 at 9:00 a.m.

Dated: ___July 24___, 2006        *Jeffrey S. White*
                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE