Franklin J. Lunding, Jr.  (SBN 35084)
Hansen Reed  (SBN 189344)
215 West Franklin, 5th Floor
Monterey, CA 93940
(831) 649-1100

Peter B. Carey, Esq.   (SBN 53033)
(pro hac vice)
Katherine T. Hartmann, Esq.
(pro hac vice)
Law Offices of Peter B. Carey
11 South LaSalle, Suite 1600
Chicago, IL 60603
(312) 541-0360
Attorneys for Plaintiff.

# UNITED STATED DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAND GARBACZ, | Case No.  C-05-05404 JSW |
| Plaintiff, | [~~Proposed~~] **ORDER FOR STIPULATION TO VACATE HEARING DATE** |
| v. | |
| A.T. KEARNEY, INC., a Delaware Corporation, and DOES ONE THROUGH TWENTY, | |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS ORDERED that the evidentiary hearing set for January 16, 2007, at 9:30 a.m., is vacated pursuant to a pending agreement of the parties to arbitrate this matter.  The parties will further advise on the status of that agreement and the effect of the same at or before the case management conference set for February 9, 2007 at 1:30 p.m.

Dated:   January 12  , 2007

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

Order to Vacate Hearing Date
CASE NO.: C05-05404 JSW

1