Helen B. Kim, Bar No. 138209
BAKER & HOSTETLER LLP
333 South Grand Avenue, Suite 1800
Los Angeles, California 90071-1523
Telephone: (213) 975-1600
Facsimile: (213) 975-1740
E-mail: hkim@bakerlaw.com

Martin T. Wymer (pro hac vice)
Stephen C. Sutton (pro hac vice)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East 9th Street
Cleveland, Ohio 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
ssutton@baker.law.com

*Attorneys for Defendant*
*A.T. Kearney, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAND GARBACZ, <br><br> Plaintiff, <br><br> v. <br><br> A.T. KEARNEY, INC., a Delaware Corporation and DOES ONE THROUGH TWENTY, <br><br> Defendants. | CASE NO. CV05 - 05404 JSW <br><br> [~~Proposed~~] <br> ~~AGREE~~D ORDER OF DISMISSAL |

Upon the Stipulation of Dismissal Without Prejudice that has been filed by the parties, the parties have agreed to submit this matter to final and binding arbitration pursuant to a confidential "Agreement to Arbitrate" and subject to the conditions set forth therein. Accordingly,

IT IS ORDERED that this action is hereby dismissed without prejudice.

February 8, 2007
Date

THE HONORABLE JEFFREY S. WHITE
U.S. District Court Judge

~~AGREED~~ ORDER OF DISMISSAL
CASE NO. C:05-05404 JSW

## PROOF OF SERVICE

I am employed in Cuyahoga County, Ohio. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3200 National City Center, 1900 East 9th Street, Cleveland, OH 44114. I declare that I am counsel for Defendant A. T. Kearney, Inc.

I hereby certify that on **February 6, 2007**, a copy of the foregoing **Agreed Order of Dismissal** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

In addition, I certify that on **February 6, 2007**, I also sent an electronic copy of the forgoing **Agreed Order of Dismissal** upon the following:

> Peter B. Carey, Esq.
> Katherine T. Hartmann, Esq.
> Law Offices of Peter B. Carey
> 11 South LaSalle, Suite 1600
> Chicago, IL 60603
> pcarey@pbcareylaw.com
> khartman@pbcareylaw.com
> **(Pro Hac Vice Attorneys for Plaintiff)**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 6, 2007, at Cleveland, Ohio.

s/Stephen C. Sutton